No. 18-16896

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

MIKKEL JORDAHL and MIKKEL (MIK) JORDAHL, P.C.
Plaintiff-Appellees,

v.

THE STATE OF ARIZONA and MARK BRNOVICH, ARIZONA ATTORNEY GENERAL,
Defendant-Appellants,

and

JIM DRISCOLL, COCONINO COUNTY SHERIFF,
Defendants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Case No. 3:17-cv-08263

**STATE'S SUGGESTION OF POTENTIAL FUTURE MOOTNESS**

MARK BRNOVICH
ATTORNEY GENERAL

Drew C. Ensign
Oramel H. (O.H.) Skinner
Brunn (Beau) W. Roysden III
Anthony R. Napolitano
Robert J. Makar
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-5025
Facsimile: (602) 542-4377
*Counsel for the State of Arizona*

Dated: April 25, 2019

## SUGGESTION OF POTENTIAL FUTURE MOOTNESS

Defendant-Appellants the State of Arizona and Mark Brnovich, Arizona Attorney General (the "State"), respectfully submit that this appeal may become moot in the coming months. On April 16, 2019, Governor Ducey signed SB1167 into law. S.B. 1167, 54th Leg., 1st Reg. Sess. (Ariz. 2019). That bill will amend the statute whose constitutionality is at the core of this appeal. Specifically, SB1167 amends A.R.S. §§35-393 *et seq.* ("Act") by *inter alia* limiting its scope to businesses with ten or more employees and contracts with a value of $100,000 or more. *Id.* Because Plaintiff Mikkel (Mik) Jordahl, P.C. is a sole proprietorship and the contract at issue is worth less than $100,000, E.R.187, 193, SB1167 may well soon moot some or all of Plaintiffs' claims.

Barring additional modification, repeal, or amendment by the Arizona Legislature, which is currently in session, SB1167 will become effective 90 days following the adjournment of the legislative session *sine die*. Ariz. Const. art. IV, pt. 1 § 1. The Arizona Legislature is a part-time body, and usually adjourns annually in the late spring or early summer. The date of *sine die* adjournment for the Legislature for this session is presently unknown, however.[1]

---

[1] *See* Polletta, Maria *et al.*, *A state budget fight is brewing at the Arizona Capitol — governor, Republican lawmakers at odds* (Apr. 23, 2019) *available at* https://www.azcentral.com/story/news/politics/arizona/2019/04/23/state-budget-what-doug-ducey-lawmakers-fighting-over/3500961002/

Because of the potential impact of SB1167 on this appeal, the State requests that this Court order supplemental briefing as to the effect of SB1167. The State respectfully suggests that simultaneous briefs followed by simultaneous replies would aid this Court at this stage, permit each side's arguments to be addressed by the other, and ensure full analysis of the potential mootness questions that have now been introduced into this matter after briefing was complete.

    Respectfully submitted,

    MARK BRNOVICH
    ATTORNEY GENERAL

    s/ Drew C. Ensign
    Drew C. Ensign
    Oramel H. (O.H.) Skinner
    Brunn (Beau) W. Roysden III
    Anthony R. Napolitano
    Robert J. Makar
    2005 N. Central Avenue
    Phoenix, AZ 85004
    Telephone: (602) 542-5025
    Facsimile: (602) 542-4377

    *Counsel for the State*

## CERTIFICATE OF SERVICE

I, Drew C. Ensign, hereby certify that I electronically filed the foregoing State of Arizona's Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 25, 2019, which will send notice of such filing to all registered CM/ECF users.

s/ Drew C. Ensign
Drew C. Ensign
