No. 18-16896

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MIKKEL JORDAHL and MIKKEL (MIK) JORDAHL, P.C.,

*Plaintiffs-Appellees*,

v.

THE STATE OF ARIZONA and MARK BRNOVICH, ARIZONA ATTORNEY GENERAL,

*Defendants-Appellants,*

and JIM DRISCOLL, COCONINO COUNTY SHERIFF, *et al.*,

*Defendants.*

On Appeal from the United States District Court
for the District of Arizona
Case No. 3:17-cv-08263

**PLAINTIFFS-APPELLEES' RESPONSE TO DEFENDANTS-APPELLANTS' MOTION FOR SUPPLEMENTAL BRIEFING**

1

Plaintiffs-Appellees Mikkel Jordahl and Mikkel (Mik) Jordahl, P.C. do not oppose the motion for supplemental briefing regarding mootness filed by Defendants-Appellants the State of Arizona and Arizona Attorney General Mark Brnovich. Because Defendants bear the burden of establishing mootness, *e.g.*, *Friends of the Earth, Inc. v. Laidlaw Envtl. Servs. (TOC), Inc.*, 528 U.S. 167, 170 (2000), Plaintiffs respectfully propose the following briefing schedule: Defendants' Opening Brief (May 8); Plaintiffs' Response Brief (May 15); Defendants' Reply Brief (May 22). Defendants do not oppose this proposed briefing schedule.

Respectfully submitted,

By: */s/ Brian Hauss*
Brian Hauss
Vera Eidelman
Ben Wizner
ACLU Foundation
Speech, Privacy & Technology Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Fax: (212) 549-2654

Kathleen E. Brody
Darrell L. Hill
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
Fax: (602) 650-1376

*Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019, I electronically filed the foregoing and attachments with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

*/s/ Brian Hauss*
Brian Hauss